[S. F. No. 12708. In Bank.—December 31, 1928.]

H. E. SHUDDE, Petitioner, v. W. S. KINGSBURY, Surveyor-General, etc., Respondent; HARRY A. CHAMBERLIN, Intervener.

Faries & Williamson, David R. Faries, Frederick Williamson, Edwin Heizman and McIntyre Faries for Petitioner.

A. L. Weil, Morrison, Hohfeld, Foerster, Shuman & Clark, Roy Maggart, Geo. B. Bush, Thomas A. Joyner and Philip C. Farman, *Amici Curiae* in Support of Petitioner.

Harry A. Chamberlin, *in pro. per.*, for Intervener, Harry A. Chamberlin.

U. S. Webb, Attorney-General, for Respondent.

Flint & Mackay, Frank P. Flint, Arthur R. Smiley, Alexander T. Sokolow and E. W. Miller, *Amici Curiae* in Support of Respondent.

THE COURT.—█ For similar reasons as assigned in *Boone* v. *Kingsbury, Surveyor-General of the State of California, etc.*, S. F. No. 12707, *ante*, p. 148 [273 Pac. 797], this day filed, the surveyor-general of the state is commanded to issue to petitioner, H. E. Shudde, a permit to prospect for oil and gas upon the tide and submerged lands described in his petition. The writ will therefore issue.

Rehearing denied.

Shenk, J., and Curtis, J., voted for a rehearing.